# United States Court of Appeals
### For the Eighth Circuit

———————————————

No. 24-1690

———————————————

United States of America

*Plaintiff - Appellee*

v.

Carlos Alonso Quezada-Garcia

*Defendant - Appellant*

——————————

Appeal from United States District Court
for the District of Minnesota

——————————

Submitted: October 10, 2024
Filed: October 16, 2024
[Unpublished]

——————————

Before LOKEN, SMITH, and KOBES, Circuit Judges.

——————————

PER CURIAM.

Carlos Alonso Quezada-Garcia appeals the sentence imposed by the district court[1] after he pleaded guilty to a drug offense. His counsel has moved for leave to

---

[1]The Honorable Eric C. Tostrud, United States District Judge for the District of Minnesota.

withdraw, and has filed a brief under <u>Anders v. California</u>, 386 U.S. 738 (1967), challenging the sentence as substantively unreasonable.

Upon careful review, we conclude that the district court did not impose a substantively unreasonable sentence, as the court properly considered the factors listed in 18 U.S.C. § 3553(a) and did not err in weighing the relevant factors. <u>See</u> <u>United States v. Feemster</u>, 572 F.3d 455, 461-62 (8th Cir. 2009) (en banc) (sentences are reviewed for substantive reasonableness under deferential abuse-of-discretion standard; abuse of discretion occurs when court fails to consider relevant factor, gives significant weight to improper or irrelevant factor, or commits clear error of judgment in weighing appropriate factors). Further, the court imposed a sentence below the Guidelines range. <u>See</u> <u>United States v. McCauley</u>, 715 F.3d 1119, 1127 (8th Cir. 2013).

We have independently reviewed the record under <u>Penson v. Ohio</u>, 488 U.S. 75 (1988), and have found no non-frivolous issues for appeal. Accordingly, we grant counsel leave to withdraw, and affirm.

_____